**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dwain KNIGGE, Defendant–Appellant.**

No. 86–5099.

United States Court of Appeals, Ninth Circuit.

May 18, 1988.

Before ANDERSON, FERGUSON and NOONAN, Circuit Judges.

### ORDER

The Opinion in the above case is amended as follows:

At 832 F.2d at 1103 in the sixth full paragraph, second sentence reading:

> That a conspiracy existed involving Knigge and Brownfield was proved by the statements themselves, *United States v. Bourjaily,* —— U.S. ——, 107 S.Ct. 2775, 2782, 97 L.Ed.2d 144 (1987), as well by the other evidence of conspiracy set out below:

is replaced by the following:

> The district court may consider the co-conspirator's statements themselves in determining whether the preliminary fact of a conspiracy has been proven by a preponderance of the evidence. *Bourjaily v. United States,* —— U.S. ——, 107 S.Ct. 2775, 2782, 97 L.Ed.2d 144 (1987). Here, a conspiracy involving Knigge and Brownfield was proved by Brownfield's statements and the following evidence independent of his statements: